RECEIVED
USDC, WESTERN DISTRICT OF L.
TONY R. MOORE, CLERK
SHREVEPORT, LOUISIANA
DATE 3/4/15
smd

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:15-cr-00034 |
| | * | |
| | * | 18 U.S.C. § 2 |
| VERSUS | * | 18 U.S.C. § 371 |
| | * | 18 U.S.C. § 513(a) |
| | * | 29 U.S.C. § 501(c) |
| | * | |
| GREGORY J. HILL, JR. (01) | * | JUDGE Hicks |
| | * | |
| DANNY L. RAWLS (02) | * | MAGISTRATE JUDGE HORNSBY |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**

A. THE CONSPIRACY

Beginning on or about April 1, 2012, and continuing until on or about August 1, 2012 in the Western District of Louisiana, the Defendants, GREGORY J. HILL, JR. and DANNY L. RAWLS, and other persons known and unknown to the Grand Jury, did knowingly conspire, confederate and agree together with each other to commit offenses against the United States of America, to wit; 18 U.S.C. § 513(a); that is, making, uttering and possessing forged securities of an organization operating in and affecting interstate commerce; and 29 U.S.C. § 501(c); that is

embezzling, abstracting or converting labor organization funds by an officer of such labor organization.

B. OVERT ACTS

In furtherance of the conspiracy and to effect the object thereof, the Defendants performed or caused to be performed the following overt acts, among others, in the Western District of Louisiana, and elsewhere:

The allegations contained in Counts Two through Nine of this Indictment are alleged and incorporated as though fully set forth herein as separate overt acts.

The conspiracy set forth herein and the above described overt acts, all being in violation of Title 18, United States Code, Section 371 [18 U.S.C. § 371].

## COUNT 2

Beginning on or about April 1, 2012, and continuing until on or about August 1, 2012, in the Western District of Louisiana, the Defendants, GREGORY J. HILL, JR., while an officer, that is, Vice President, of United Auto Workers Local 2297, a labor organization engaged in an industry affecting commerce, aided and abetted by DANNY L. RAWLS, did embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $12,000.00, all in violation of Title 29, United States Code, Section 501(a) and Title 18, United States Code, Section 2 [29 U.S.C. § 501(a) & 18 U.S.C. § 2].

## COUNT 3

On or about April 13, 2012, in the Western District of Louisiana, the Defendant, GREGORY J. HILL, JR., did knowingly make, utter and possess a forged security of an organization operating in and the activities of which affected interstate commerce, that is, a check in the amount of $581.94, with the intent to deceive another person or organization, all in violation of Title 18, United States Code, Section 513(a) [18 U.S.C. § 513(a)].

## COUNT 4

On or about April 19, 2012, in the Western District of Louisiana, the Defendant, GREGORY J. HILL, JR., did knowingly make, utter and possess a forged security of an organization operating in and the activities of which affected interstate commerce, that is, a check in the amount of $456.27, with the intent to deceive another person or organization, all in violation of Title 18, United States Code, Section 513(a) [18 U.S.C. § 513(a)].

## COUNT 5

On or about May 11, 2012, in the Western District of Louisiana, the Defendant, GREGORY J. HILL, JR., did knowingly make, utter and possess a forged security of an organization operating in and the activities of which affected interstate commerce, that is, a check in the amount of $427.00, with the intent to deceive another person or organization, all in violation of Title 18, United States Code, Section 513(a) [18 U.S.C. § 513(a)].

## COUNT 6

On or about May 14, 2012, in the Western District of Louisiana, the Defendant, GREGORY J. HILL, JR., did knowingly make, utter and possess a forged security of an organization operating in and the activities of which affected interstate commerce, that is, a check in the amount of $613.00, with the intent to deceive another person or organization, all in violation of Title 18, United States Code, Section 513(a) [18 U.S.C. § 513(a)].

## COUNT 7

On or about April 18, 2012, in the Western District of Louisiana, the Defendants, GREGORY J. HILL, JR. and DANNY L. RAWLS, did knowingly make, utter and possess a forged security of an organization operating in and the activities of which affected interstate commerce, that is, a check in the amount of $340.00, with the intent to deceive another person or organization, all in violation of Title 18, United States Code, Section 513(a) [18 U.S.C. § 513(a)].

## COUNT 8

On or about April 20, 2012, in the Western District of Louisiana, the Defendants, GREGORY J. HILL, JR. and DANNY L. RAWLS, did knowingly make, utter and possess a forged security of an organization operating in and the activities of which affected interstate commerce, that is, a check in the amount of $306.00, with the intent to deceive another person or organization, all in violation of Title 18, United States Code, Section 513(a) [18 U.S.C. § 513(a)].

## COUNT 9

On or about May 5, 2012, in the Western District of Louisiana, the Defendants, GREGORY J. HILL, JR. and DANNY L. RAWLS, did knowingly make, utter and possess a forged security of an organization operating in and the activities of which affected interstate commerce, that is, a check in the amount of $403.00, with the intent to deceive another person or organization, all in violation of Title 18, United States Code, Section 513(a) [18 U.S.C. § 513(a)].

A TRUE BILL:

STEPHANIE A. FINLEY
United States Attorney

*REDACTED*
GRAND JURY FOREMAN

Joseph G. Jarzabek (LA Bar #07240)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600